I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/29/09

DEPUTY CLERK

JS-6 · Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN GZIKOWSKI,

    Petitioner,

vs.

DEBRA DEXTER, Warden,

    Respondent.

NO. ED CV 08-01189 RGK (RNB)

**JUDGMENT**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Pursuant to the Order Rejecting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 26, 2009

                              **R. GARY KLAUSNER**
                              **UNITED STATES DISTRICT JUDGE**